José R. Rivera, demandante *v.* Banco Industrial de Puerto Rico, demandado; Francisco Acevedo, interventor apelante.

No. 5989.—*Sometido:* Abril 4, 1933.   *Resuelto:* Abril 25, 1933.

*Largé & Acevedo,* abogados del interventor apelante; *G. de la Haba,* abogado del demandante; *Henri Brown, C. Ruiz Nazario, G. E. González* y *G. Benítez Gautier,* abogados del demandado.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

Esta es una apelación interpuesta contra una resolución que declaró sin lugar una moción para que se eliminara una contestación archivada dentro del término especificado en la sentencia confirmada en el caso No. 5961, 43 D.P.R. 962, y antes de que se archivara escrito de apelación alguno contra dicha sentencia. El único fundamento de la moción fué la supuesta falta de jurisdicción para proceder ulteriormente en el caso mientras se resolvía la apelación interpuesta después de radicada la contestación, pero antes de que se presentara la moción. Admitiendo, sin resolverlo, que la reso-

lución era apelable, el error, de haberse cometido, al declarar sin lugar la moción no fué perjudicial por el mismo fundamento que el error, de haberlo, de conceder una prórroga para contestar tampoco fué perjudicial.

*Debe confirmarse la resolución apelada.*